**Josephine Bova, Plaintiff-Appellant, v. Charles Keller, and Marguerite Keller, Defendants-Appellees.**

**Gen. No. 10,118.** 

Third District.
May 20, 1957.
Rehearing denied June 18, 1957.
Released for publication June 18, 1957.

Lindauer, Lindauer, Pessin & Nieman (Curt C. Lindauer, Jr., of counsel) for plaintiff-appellant; John S. Self, for defendants-appellees. Opinion by JUDGE ROETH. **Not to be published in full.**